# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re:                                           §
                                                 §
PLAYER, JOHN SCOT                                §    Case No. 10-28621
PLAYER, MARY LYNN                                §
                                                 §
                                                 §
_____Debtor(s)_____§

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                 $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/MICHAEL G. BERLAND_____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 10-28621 | BL | Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|---|
| Case Name: | PLAYER, JOHN SCOT | | | Date Filed (f) or Converted (c): | 06/27/10 (f) |
| | PLAYER, MARY LYNN | | | 341(a) Meeting Date: | 08/09/10 |
| For Period Ending: 02/05/13 | | | | Claims Bar Date: | 11/01/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2003 Mercedes-scheduled | 10,750.00 | 0.00 | | 8,000.00 | FA |
| The Trustee received a total of $16,000 for his interest in the 2003 Mercedes and 2003 Chevrolet truck He has allocated the sum of $8000 for each vehicle | | | | | |
| 2. 2003 Chevrolet truck-scheduled | 11,147.00 | 0.00 | | 8,000.00 | FA |
| See note to Asset 1 | | | | | |
| 3. Lot 7, Stone gate,Oswego, Illinois-scheduled | 10,000.00 | 10,000.00 | | 10,000.00 | FA |
| 4. Lowry famiy Farm 1/15 interest-scheduled | 7,500.00 | 7,500.00 | | 7,500.00 | FA |
| 5. Cash-scheduled | 600.00 | 0.00 | | 0.00 | FA |
| 6. Checking-Oswego Bank-scheduled | 1,500.00 | 0.00 | | 0.00 | FA |
| 7. Household goods-scheduled | 2,200.00 | 0.00 | | 0.00 | FA |
| 8. Piano desk etc-schedueld | 450.00 | 0.00 | | 0.00 | FA |
| 9. Clothes-scheduled | 2,000.00 | 0.00 | | 0.00 | FA |
| 10. Diamond ring & necklace-scheduled | 4,000.00 | 0.00 | | 0.00 | FA |
| 11. Tennis rackets etc-scheduled | 75.00 | 0.00 | | 0.00 | FA |
| 12. IRA-scheduled | 99,000.00 | 0.00 | | 0.00 | FA |
| 13. JS Player S Copr | 0.00 | 2,000.00 | | 2,000.00 | FA |
| Coporation had a trailer for which the trustee recieved the sum of $2000 | | | | | |
| 14. Terra Enterprises-scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 15. Tax credit rollover-scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 16. 2006 GMC Yukon-scheduled | 16,925.00 | 0.00 | | 0.00 | FA |
| 17. 2006 Audi-scheduled | 10,000.00 | 0.00 | | 0.00 | FA |
| 18. 1989 Suziki-scheduled | 75.00 | 0.00 | | 0.00 | FA |
| 19. Inventory-Terra Enterprises-scheduled | 75.00 | 0.00 | | 0.00 | FA |
| 20. Yard tools-scheduled | 750.00 | 0.00 | | 0.00 | FA |
| 21. 128 Stone Gate,Oswego-scheduled | 450,000.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| Case No: | 10-28621   BL   Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | PLAYER, JOHN SCOT | Date Filed (f) or Converted (c): | 06/27/10 (f) |
|  | PLAYER, MARY LYNN | 341(a) Meeting Date: | 08/09/10 |
|  |  | Claims Bar Date: | 11/01/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 22. 503 W. Fourth,Aurora-scheduled | 90,000.00 | 0.00 |  | 0.00 | FA |
| 23. 2322 Nugent,Urbana-scheduled | 205,000.00 | 0.00 |  | 0.00 | FA |
| 24. Legacy Dunes, Unit 7-101, Kissimmee, Fla-schedu | 50,000.00 | 0.00 |  | 0.00 | FA |
| 25. Legacy Dunes-Unit 7-105,Kissimee, Fla-scheduled | 50,000.00 | 0.00 |  | 0.00 | FA |
| 26. Legacy Dunes,Unit1 12-104,Kissimee,Fla-scheduled | 50,000.00 | 0.00 |  | 0.00 | FA |
| 27. Lgithhouse Key, Unit 2-303,Kissimmee,Fla-schedu | 125,000.00 | 0.00 |  | 0.00 | FA |
| 28. Lot 12 Stone Gate, Oswgo-scheduled | 10,000.00 | 10,000.00 |  | 10,000.00 | FA |
| 29. Lot 11 Stone Gate, Oswego-scheduled | 10,000.00 | 10,000.00 |  | 10,000.00 | FA |
| 30. Lot 9 Stone Gate, Oswego-scheduled | 10,000.00 | 10,000.00 |  | 10,000.00 | FA |
| 31. Lot 8 Stone Gate, Oswego-scheduled | 10,000.00 | 10,000.00 |  | 10,000.00 | FA |
| 32. Preference payment to parents-unscheduled (u) | 0.00 | 22,000.00 |  | 22,000.00 | FA |
| 33. Tax refund-unscheduled (u) | 0.00 | 35,933.00 |  | 35,933.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A |  | 32.34 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,237,047.00 | $117,433.00 |  | $133,465.34 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee filed a Motion to compromise his interest in 2 automobiles, which was granted. The Trustee filed a Motion to compromise his interest in certain vacant lots which was granted. The Trustee filed tax returns. The Trustee compromised his 1/15 interest in certain vacant land, which was approved. The Trustee filed tax returns.

Initial Projected Date of Final Report (TFR): 12/31/14     Current Projected Date of Final Report (TFR): 12/31/14

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 10-28621 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| --- | --- | --- | --- | --- |
| Case Name: | PLAYER, JOHN SCOT | | Bank Name: | The Bank of New York Mellon |
| | PLAYER, MARY LYNN | | Account Number / CD #: | *******5665  Money Market Account |
| Taxpayer ID No: | *******7386 | | | |
| For Period Ending: | 02/05/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/30/10 | | John & Janet Player | Settlement proceeds for compromise of interest in 2 vehicles per court order<br>DEPOSIT CHECK #663 | | 16,000.00 | | 16,000.00 |
| | 1 | | Memo Amount:         8,000.00<br>Settlement proceeds from compromise<br>Settlement proceeds from compromise of interest in 2 vehicles | 1129-000 | | | |
| | 2 | | Memo Amount:         8,000.00<br>Settlement proceeds from compromise<br>Settlement proceeds from compromise of interest n 2 vehicles | 1129-000 | | | |
| 08/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.92 | | 16,000.92 |
| 09/13/10 | 32 | John & Janet Player | Payment in full for amount of preference<br>DEPOSIT CHECK #664 | 1241-000 | 22,000.00 | | 38,000.92 |
| 09/20/10 | 33 | John & Mary Player | Tax refund<br>DEPOSIT CHECK #7615 | 1224-000 | 35,933.00 | | 73,933.92 |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 0.72 | | 73,934.64 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.87 | | 73,936.51 |
| 11/29/10 | | Joseph Voiland Trust Accoount | Payment for 5 vacant lots and personal property per court order<br>DEPOSIT CHECK #7733 | | 52,000.00 | | 125,936.51 |
| | 3 | | Memo Amount:        10,000.00<br>Payment received for 5 vacant lots | 1110-000 | | | |
| | 28 | | Memo Amount:        10,000.00<br>Payment received for vacant lots | 1110-000 | | | |
| | 29 | | Memo Amount:        10,000.00<br>Payment of $50,000 received for 5 v<br>Payment of $50,000 received for 5 vacant lots | 1110-000 | | | |

Page Subtotals     125,936.51     0.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 10-28621 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | PLAYER, JOHN SCOT | | Bank Name: | The Bank of New York Mellon |
| | PLAYER, MARY LYNN | | Account Number / CD #: | *******5665  Money Market Account |
| Taxpayer ID No: | *******7386 | | | |
| For Period Ending: | 02/05/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 30 | | Memo Amount:         10,000.00 | 1110-000 | | | |
| | | | Payment of $50,000 recieved for 5 v | | | | |
| | | | Payment of $50,000 recieved for 5 vacant lots | | | | |
| | 31 | | Memo Amount:         10,000.00 | 1110-000 | | | |
| | | | Payment of $50000 received for 5 | | | | |
| | | | Payment of $50000 received for 5 vacant lots | | | | |
| | 13 | | Memo Amount:          2,000.00 | 1129-000 | | | |
| | | | Payment of $2000 for trailer owned | | | | |
| | | | Payment of $2000 for trailer owned by corpoation | | | | |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.86 | | 125,938.37 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.20 | | 125,941.57 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.20 | | 125,944.77 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.89 | | 125,947.66 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.20 | | 125,950.86 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.10 | | 125,953.96 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.20 | | 125,957.16 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.03 | | 125,958.19 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.06 | | 125,959.25 |
| 08/18/11 | 001001 | Gloria Longest | Payment for preparation of tax returns per court order | 3410-000 | | 500.00 | 125,459.25 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.06 | | 125,460.31 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 293.09 | 125,167.22 |
| 09/07/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -250.12 | 125,417.34 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.03 | | 125,418.37 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 257.59 | 125,160.78 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.06 | | 125,161.84 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 248.61 | 124,913.23 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.02 | | 124,914.25 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 273.81 | 124,640.44 |

Page Subtotals                              26.91           1,322.98

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

| Case No: | 10-28621 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| --- | --- | --- | --- | --- |
| Case Name: | PLAYER, JOHN SCOT | | Bank Name: | The Bank of New York Mellon |
| | PLAYER, MARY LYNN | | Account Number / CD #: | *******5665  Money Market Account |
| Taxpayer ID No: | *******7386 | | | |
| For Period Ending: | 02/05/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/29/11 | 4 | American Chartered Bank | Payment of partial settlement of $7500 per court order DEPOSIT CHECK #278717 | 1110-000 | 3,750.00 | | 128,390.44 |
| 12/29/11 | 4 | Bank Of America | Payment of partial settlement of $7500 per court order DEPOSIT CHECK #8235378 | 1110-000 | 3,750.00 | | 132,140.44 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.06 | | 132,141.50 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 256.11 | 131,885.39 |
| 01/03/12 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -256.11 | 132,141.50 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.86 | | 132,142.36 |
| 01/25/12 | | Transfer to Acct #*******4752 | Bank Funds Transfer | 9999-000 | | 132,142.36 | 0.00 |

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Memo Allocation Receipts: | 68,000.00 | | COLUMN TOTALS | 133,465.34 | 133,465.34 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | | Less: Bank Transfers/CD's | 0.00 | 132,142.36 | |
| | | | Subtotal | 133,465.34 | 1,322.98 | |
| Memo Allocation Net: | 68,000.00 | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 133,465.34 | 1,322.98 | |

Page Subtotals                   7,501.92            132,142.36

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit B

| Case No: | 10-28621 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | PLAYER, JOHN SCOT | Bank Name: | The Bank of New York Mellon |
| | PLAYER, MARY LYNN | Account Number / CD #: | *******5666  Checking Account |
| Taxpayer ID No: | *******7386 | | |
| For Period Ending: | 02/05/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 0.00 | 0.00 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 0.00 | 0.00 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 0.00 | 0.00 | |

Page Subtotals       0.00       0.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5
Exhibit B

| Case No: | 10-28621 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| --- | --- | --- | --- | --- |
| Case Name: | PLAYER, JOHN SCOT | | Bank Name: | Congressional Bank |
| | PLAYER, MARY LYNN | | Account Number / CD #: | *******4752 Checking Account |
| Taxpayer ID No: | *******7386 | | | |
| For Period Ending: | 02/05/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******5665 | Bank Funds Transfer | 9999-000 | 132,142.36 | | 132,142.36 |

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 132,142.36 | 0.00 | 132,142.36 | |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 132,142.36 | 0.00 | | |
| | | Subtotal | 0.00 | 0.00 | | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | | |
| | | Net | 0.00 | 0.00 | | |

| | | | NET | ACCOUNT |
| --- | --- | --- | --- | --- |
| Total Allocation Receipts: | 68,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Money Market Account - ********5665 | 133,465.34 | 1,322.98 | 0.00 |
| | | Checking Account - ********5666 | 0.00 | 0.00 | 0.00 |
| Total Memo Allocation Net: | 68,000.00 | Checking Account - ********4752 | 0.00 | 0.00 | 132,142.36 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| | | | 133,465.34 | 1,322.98 | 132,142.36 |
| | | | ============= | ============= | ============= |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   132,142.36   0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: February 05, 2013 |
|---|---|---|---|---|---|---|
| Case Number: | 10-28621 | Claim Class Sequence | | | | |
| Debtor Name: | PLAYER, JOHN SCOT | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 200<br>2100-00 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL 60602 | Administrative | | $0.00 | $0.00 | $0.00 |
| 9<br>570<br>5800-00 | Champaign County Collector<br>Bill #2426<br>2009 Real Estate Tax, P.O. Box 9<br>Urbana, IL 61803-0009 | Priority | | $0.00 | $7,766.83 | $7,766.83 |
| 2<br>610<br>7100-00 | Kendall County Collector<br>111 W. Fox Street<br>Yorkville, IL 60560 | Unsecured | | $0.00 | $25,565.27 | $0.00 |
| 3S<br>100<br>4110-00 | Harris N.A.<br>Much Shelist Denenberg Ament & Rubenstei<br>Attn: Martin J Wasserman, 191 N Wacker Dr<br>Chicago, IL 60606 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 3U<br>610<br>7100-00 | Harris N.A.<br>Much Shelist Denenberg Ament & Rubenstei<br>Attn: Martin J Wasserman, 191 N Wacker Dr<br>Chicago, IL 60606 | Unsecured | | $0.00 | $31,532.23 | $31,523.32 |
| 4<br>610<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 5<br>610<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $0.00 | $16,740.36 | $16,740.36 |
| 6<br>610<br>7100-00 | John M. Player and Mary K. Player<br>14 Oakwood Drive<br>Oswego, IL 60543 | Unsecured | | $0.00 | $22,000.00 | $22,000.00 |
| 7<br>610<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $0.00 | $5,893.58 | $5,893.58 |
| 8<br>610<br>7100-00 | Compass Bank (Real Estate/Other)<br>POB 201347<br>Arlington, TX 76006 | Unsecured | | $0.00 | $362,092.52 | $362,092.52 |
| 1<br>100<br>4110-00 | Deere & Company<br>Attn Walker, Michelle<br>Po Box 6600<br>Johnston, IA 50131 | Secured | | $0.00 | $1,197.45 | $0.00 |

Page 2

**EXHIBIT C**
**ANALYSIS OF CLAIMS REGISTER**

Date: February 05, 2013

Case Number: 10-28621
Debtor Name: PLAYER, JOHN SCOT

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $0.00 | $472,788.24 | $446,016.61 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-28621
Case Name: PLAYER, JOHN SCOT
　　　　　PLAYER, MARY LYNN
Trustee Name: MICHAEL G. BERLAND

　　　Balance on hand　　　　　　　　　　　　　　　$_____

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Deere & Company Attn Walker, Michelle Po Box 6600 Johnston, IA 50131 | $ | $ | $ | $ |
| 3S | Harris N.A. Much Shelist Denenberg Ament & Rubenstei Attn: Martin J Wasserman,191 N Wacker Dr Chicago, IL 60606 | $ | $ | $ | $ |

　　　Total to be paid to secured creditors　　　　　　　$_____

　　　Remaining Balance　　　　　　　　　　　　　$_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ | $ | $ |
| Trustee Expenses: MICHAEL G. BERLAND | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses    $_____

    Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $          must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | Champaign County Collector Bill #2426 2009 Real Estate Tax,P.O. Box 9 Urbana, IL  61803-0009 | $ | $ | $ |

    Total to be paid to priority creditors    $_____

    Remaining Balance    $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3U | Harris N.A.<br>Much Shelist Denenberg Ament & Rubenstei<br>Attn: Martin J Wasserman,191 N Wacker Dr<br>Chicago, IL  60606 | $ | $ | $ |
| 4 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE  19850-5145 | $ | $ | $ |
| 5 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE  19850-5145 | $ | $ | $ |
| 6 | John M. Player and Mary K. Player<br>14 Oakwood Drive<br>Oswego, IL  60543 | $ | $ | $ |
| 7 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE  19850-5145 | $ | $ | $ |
| 8 | Compass Bank (Real Estate/Other)<br>POB 201347<br>Arlington, TX  76006 | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE



      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE