UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PLAYER, JOHN SCOT | § | Case No. 10-28621 |
| PLAYER, MARY LYNN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        CLERK OF THE COURT
        219 S. Dearborn
        Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 03/15/2013 in Courtroom ,
        United States Courthouse
        Joliet City Hall
        150 West Jefferson,2nd floor, Joliet, Illinois
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/05/2013            By: /s/ Michael G. Berland
                                                                                                Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
PLAYER, JOHN SCOT § Case No. 10-28621
PLAYER, MARY LYNN §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 133,465.34 |
| and approved disbursements of | $ | 1,322.98 |
| leaving a balance on hand of[1] | $ | 132,142.36 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 1 | Deere & Company Attn Walker, Michelle Po Box 6600 Johnston, IA 50131 | $ 1,197.45 | $ 0.00 | $ 0.00 | $ 0.00 |
| 3S | Harris N.A. Much Shelist Denenberg Ament & Rubenstei Attn: Martin J Wasserman,191 N Wacker Dr Chicago, IL 60606 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to secured creditors | | | $ | 0.00 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

    Remaining Balance      $      132,142.36

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 9,923.27 | $ 0.00 | $ 9,923.27 |
| Trustee Expenses: MICHAEL G. BERLAND | $ 211.20 | $ 0.00 | $ 211.20 |

    Total to be paid for chapter 7 administrative expenses      $      10,134.47

    Remaining Balance      $      122,007.89

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 7,766.83 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | Champaign County Collector Bill #2426 2009 Real Estate Tax,P.O. Box 9 Urbana, IL  61803-0009 | $ 7,766.83 | $ 0.00 | $ 7,766.83 |

    Total to be paid to priority creditors      $      7,766.83

    Remaining Balance      $      114,241.06

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 438,249.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 26.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3U | Harris N.A. Much Shelist Denenberg Ament & Rubenstei Attn: Martin J Wasserman,191 N Wacker Dr Chicago, IL 60606 | $ 31,523.32 | $ 0.00 | $ 8,217.36 |
| 4 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ 0.00 | $ 0.00 | $ 0.00 |
| 5 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ 16,740.36 | $ 0.00 | $ 4,363.80 |
| 6 | John M. Player and Mary K. Player 14 Oakwood Drive Oswego, IL 60543 | $ 22,000.00 | $ 0.00 | $ 5,734.87 |
| 7 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ 5,893.58 | $ 0.00 | $ 1,536.31 |
| 8 | Compass Bank (Real Estate/Other) POB 201347 Arlington, TX 76006 | $ 362,092.52 | $ 0.00 | $ 94,388.72 |

Total to be paid to timely general unsecured creditors     $     114,241.06

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Michael G. Berland
                                             Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
John Scot Player  
Mary Lynn Player  
     Debtors

Case No. 10-28621-BWB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: mgonzalez      Page 1 of 3      Date Rcvd: Feb 06, 2013  
                  Form ID: pdf006      Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2013.

```
db/jdb       +John Scot Player,    Mary Lynn Player,    128 Stone Gate Drive,    Oswego, IL 60543-8858
15767320     +Albertelli Law,    P.O. Box 23028,    Tampa, FL 33623-2028
15767321      American Home Mortgage,    P.O. Box 613730,    Irving, TX 75063-1730
15767322     +American Home Mtg. Service, Inc.,    P.O. Box 660029,    Dallas, TX 75266-0029
19709325    +++BMO Harris Bank NA,    f/k/a Harris N.A.,    Martin J Wasserman,    216 S Jefferson St Suite 504,
               Chicago, IL 60661-5698
15767324     +Bank United,    P.O. Box 02-8569,    Miami, FL 33102-8529
15767326    +++Busey Bank,    c/o John F Bramfeld,    115 North Neil Street Suite 101,    Champaign, IL 61820-4080
15767325    +++Champaign County Collector,    Bill #2426,    2009 Real Estate Tax,    P.O. Box 9,
               Urbana, IL 61803-0009
16096237      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15767327      Chase Card Services (M/C),    P.O. Box 15153,    Wilmington, DE 19886-5153
15767328      Chase Card Services (VISA),    P.O. Box 15153,    Wilmington, DE 19886-5153
19767951    +++Compass Bank,    PO Box 201347,    Arlington, TX 76006-1347
15767329    +++Compass Bank (REal Estate/Other),    PO Box 201347,    Arlington, TX 76006-1347
15767330      Countrywide Home Loans,    Bank of America),    P.O. Box 5170,    Simi Valley, CA 93062-5170
15985568     +Deere & Company,    Attn Walker, Michelle,    Po Box 6600,    Johnston, IA 50131-6600
15767331     +Diversified Mitigation Services LLC,    4400 N. Federal Highway, Ste. 210,
               Boca Raton, FL 33431-5195
15767333      Harris Bank, NA,    BLST,    P.O. Box 2880,    Chicago, IL 60690-2880
16053052    +++Harris N.A.,    Much Shelist Denenberg Ament & Rubenstei,    Attn: Martin J Wasserman,
               191 N Wacker Drive, Suite 1800,    Chicago, IL 60606-1631
15767334      John Deere Credit,    P.O. Box 650215,    Dallas, TX 75265-0215
16114521     +John M. Player and Mary K. Player,    14 Oakwood Drive,    Oswego, IL 60543-9743
15767335     +Kendall County Collector,    111 W. Fox Street,    Yorkville, IL 60560-1621
15767336     +L.J. Dodd Construction, Inc.,    P.O. Box 980,    Oswego, IL 60543-0980
15767337     +Legacy Dunes Condo. Assoc., Inc.,    c/o David R. Lenox, Esq., Green Soo,
               Marder,PA, 201 E. Pine St, Ste. 500,    Orlando, FL 32801-2718
15767338     +Legacy Dunes HOA,    3200 Legacy Blvd.,    Kissimmee, FL 34747-1400
15767339     +Lighthouse Key Resort & Spa Condo.,    Assoc.,    14829 Lighthouse Key Parkway,
               Kissimmee, FL 34747-8218
15767340     +Lighthouse Key Resort and Spa Condo,    1004 Collier Center Way, #201,    Naples, FL 34110-8469
15767343     +Pierce & Associates,    1 N. Dearborn,    Chicago, IL 60602-4373
15767344     +Rolfe & Lobello, P.A.,    233 E. Bay St., Ste. 720,    Jacksonville, FL 32202-3448
15767345     +Smith, Hiatt & Diaz, P.A.,    P.O. Box 11438,    Fort Lauderdale, FL 33339-1438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
15767323      E-mail/Text: vci.bkcy@vwcredit.com Feb 07 2013 01:57:47     Audi Financial Service,
               P.O. Box 17497,    Baltimore, MD 21297-1497
15767332      E-mail/Text: ally@ebn.phinsolutions.com Feb 07 2013 02:19:02     GMAC,    P.O. Box 9001951,
               Louisville, KY 40290-1951
15767341     +E-mail/Text: iordonez@rushortho.com Feb 07 2013 02:18:39     Midwest Orthopaedics at Rush,
               1 Westbrook Corp. Center, Ste. 240,    Westchester, IL 60154-5745
                                                                                             TOTAL: 3
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
19884091*    +Compass Bank,    PO Box 201347,    Arlington, TX 76006-1347
16241502*    +Compass Bank (Real Estate/Other),    POB 201347,    Arlington TX 76006-1347
15767342    ##Osceola County Taxing Authority,    P.O. Box 422366,    Kissimmee, FL 34742-2366
                                                                              TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: mgonzalez             Page 2 of 3             Date Rcvd: Feb 06, 2013
                              Form ID: pdf006             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 08, 2013**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: mgonzalez            Page 3 of 3                  Date Rcvd: Feb 06, 2013
                              Form ID: pdf006            Total Noticed: 32
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2013 at the address(es) listed below:

```
          Joseph R Voiland    on behalf of Debtor John Scot Player jrvoiland@sbcglobal.net
          Joseph R Voiland    on behalf of Joint Debtor Mary Lynn Player jrvoiland@sbcglobal.net
          Kurt M Carlson    on behalf of Creditor   Harris N.A. kcarlson@carlsondash.com,
           knoonan@carlsondash.com
          Lydia Y Siu    on behalf of Creditor    Select Portfolio Servicing, Inc. lsiu@atty-pierce.com,
           northerndistrict@atty-pierce.com
          Martin J Wasserman    on behalf of Creditor   Harris N.A. mwasserman@carlsondash.com,
           knoonan@carlsondash.com
          Michael G Berland    on behalf of Trustee Michael G Berland einstein829@earthlink.net,
           IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
          Michael G Berland    einstein829@earthlink.net,   IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Stanley W Papuga    on behalf of Creditor    Compass Bank (Real Estate/Other) Department
           spapuga@kropik.net
          Susan J. Notarius    on behalf of Creditor    American Home Mortgage Servicing, Inc.
           snotarius@Klueverplatt.com,   bknotice@klueverplatt.com
          Yanick Polycarpe    on behalf of Creditor    BankUnited, FSB ypolycarpe@atty-pierce.com,
           northerndistrict@atty-pierce.com
          Yanick Polycarpe    on behalf of Creditor    American Home Mortgage Servicing, Inc.
           ypolycarpe@atty-pierce.com,   northerndistrict@atty-pierce.com
                                                                                              TOTAL: 12
```