# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PLAYER, JOHN SCOT | § | Case No. 10-28621 |
| PLAYER, MARY LYNN | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:
*(Without deducting any secured claims)*

Assets Exempt:

Total Distributions to Claimants:

Claims Discharged
Without Payment:

Total Expenses of Administration:

---

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on         .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/MICHAEL G. BERLAND _____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Lot 7, Stone gate,Oswego, Illinois-scheduled | 1110-000 | 10,000.00 |
| Lowry famiy Farm 1/15 interest-scheduled | 1110-000 | 7,500.00 |
| Lot 12 Stone Gate, Oswgo-scheduled | 1110-000 | 10,000.00 |
| Lot 11 Stone Gate, Oswego-scheduled | 1110-000 | 10,000.00 |
| Lot 9 Stone Gate, Oswego-scheduled | 1110-000 | 10,000.00 |
| Lot 8 Stone Gate, Oswego-scheduled | 1110-000 | 10,000.00 |
| 2003 Mercedes-scheduled | 1129-000 | 8,000.00 |
| 2003 Chevrolet truck-scheduled | 1129-000 | 8,000.00 |
| JS Player S Copr | 1129-000 | 2,000.00 |
| Tax refund-unscheduled | 1224-000 | 35,933.00 |
| Preference payment to parents-unscheduled | 1241-000 | 22,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 32.34 |
| **TOTAL GROSS RECEIPTS** | | $ 133,465.34 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Home Mortgage P.O. Box 613730 Irving, TX 75063-1730 | | | | | |
| | American Home Mtg. Service, Inc. P.O. Box 660029 Dallas, TX 75226-0029 | | | | | |
| | Audi Financial Service P.O. Box 17497 Baltimore, MD 21297-1497 | | | | | |
| | Bank United P.O. Box 02-8569 Miami, FL 33102 | | | | | |
| | Busey Bank P.O. Box 17310 Urbana, IL 61803-7310 | | | | | |
| | Compass Bank P.O. Box 830696 Birmingham, AL 35283-0696 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Countrywide Home Loans (Bank of America) P.O. Box 5170 Simi Valley, CA 93062-5170 | | | | | |
| | GMAC P.O. Box 9001951 Louisville, KY 40290-1951 | | | | | |
| | Harris Bank, NA BLST P.O. Box 2880 Chicago, IL 60690-2880 | | | | | |
| | John Deere Credit P.O. Box 650215 Dallas, TX 75265-0215 | | | | | |
| 1 | DEERE & COMPANY | | | | | |
| 3S | HARRIS N.A. | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| MICHAEL G. BERLAND | | | | | |
| The Bank of New York Mellon | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| Gloria Longest | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | CHAMPAIGN COUNTY COLLECTOR | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Albertelli Law P.O. Box 23028 Tampa, FL 33623 | | | | | |
| | Bill #2426 2009 Real Estate Tax P.O. Box 9 Urbana, IL 61803-0009 | | | | | |
| | Diversified Mitigation Services LLC 4400 N. Federal Highway, Ste. 210 Boca Raton, FL 33431 | | | | | |
| | Kendall County Collector 111 W. Fox Street Yorkville, IL 60560 | | | | | |
| | L.J. Dodd Construction, Inc. P.O. Box 980 Oswego, IL 60543 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Legacy Dunes Condo. Assoc., Inc. c/o David R. Lenox, Esq., Green Soo Marder,PA, 201 E. Pine St, Ste. 500 Orlando, FL 32801 | | | | | |
| | Legacy Dunes HOA 3200 Legacy Blvd. Kissimmee, FL 34747 | | | | | |
| | Lighthouse Key Resort & Spa Condo. Assoc. 14829 Lighthouse Key Parkway Kissimmee, FL 34747 | | | | | |
| | Lighthouse Key Resort and Spa Condo 1004 Collier Center Way, #201 Naples, FL 34110 | | | | | |
| | Midwest Orthopaedics at Rush 1 Westbrook Corp. Center, Ste. 240 Westchester, IL 60154 | | | | | |
| | Osceola County Taxing Authority P.O. Box 422366 Kissimmee, FL 34742-2366 | | | | | |
| | Pierce & Associates 1 N. Dearborn Chicago, IL 60602 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rolfe & Lobello, P.A. 233 E. Bay St., Ste. 720 Jacksonville, FL 32202 | | | | | |
| | Smith, Hiatt & Diaz, P.A. P.O. Box 11438 Fort Lauderdale, FL 33339 | | | | | |
| 4 | CHASE BANK USA, N.A. | | | | | |
| 5 | CHASE BANK USA, N.A. | | | | | |
| 7 | CHASE BANK USA, N.A. | | | | | |
| 6 | JOHN M. PLAYER AND MARY K. PLAYER | | | | | |
| 2 | KENDALL COUNTY COLLECTOR | | | | | |
| 8 | COMPASS BANK (REAL ESTATE/OTHER) | | | | | |
| 3U | HARRIS N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

<div align="center">

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

</div>

Page:   1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-28621    BL   Judge: Bruce W. Black | |
| Case Name: | PLAYER, JOHN SCOT | |
| | PLAYER, MARY LYNN | |
| For Period Ending: | 04/09/14 | |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Date Filed (f) or Converted (c): | 06/27/10 (f) |
| 341(a) Meeting Date: | 08/09/10 |
| Claims Bar Date: | 11/01/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2003 Mercedes-scheduled | 10,750.00 | 0.00 | | 8,000.00 | FA |
| The Trustee received a total of $16,000 for his interest in the 2003 Mercedes and 2003 Chevrolet truck He has allocated the sum of $8000 for each vehicle | | | | | |
| 2. 2003 Chevrolet truck-scheduled | 11,147.00 | 0.00 | | 8,000.00 | FA |
| See note to Asset 1 | | | | | |
| 3. Lot 7, Stone gate,Oswego, Illinois-scheduled | 10,000.00 | 10,000.00 | | 10,000.00 | FA |
| 4. Lowry famiy Farm 1/15 interest-scheduled | 7,500.00 | 7,500.00 | | 7,500.00 | FA |
| 5. Cash-scheduled | 600.00 | 0.00 | | 0.00 | FA |
| 6. Checking-Oswego Bank-scheduled | 1,500.00 | 0.00 | | 0.00 | FA |
| 7. Household goods-scheduled | 2,200.00 | 0.00 | | 0.00 | FA |
| 8. Piano desk etc-schedueld | 450.00 | 0.00 | | 0.00 | FA |
| 9. Clothes-scheduled | 2,000.00 | 0.00 | | 0.00 | FA |
| 10. Diamond ring & necklace-scheduled | 4,000.00 | 0.00 | | 0.00 | FA |
| 11. Tennis rackets etc-scheduled | 75.00 | 0.00 | | 0.00 | FA |
| 12. IRA-scheduled | 99,000.00 | 0.00 | | 0.00 | FA |
| 13. JS Player S Copr | 0.00 | 2,000.00 | | 2,000.00 | FA |
| Coporation had a trailer for which the trustee recieved the sum of $2000 | | | | | |
| 14. Terra Enterprises-scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 15. Tax credit rollover-scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 16. 2006 GMC Yukon-scheduled | 16,925.00 | 0.00 | | 0.00 | FA |
| 17. 2006 Audi-scheduled | 10,000.00 | 0.00 | | 0.00 | FA |
| 18. 1989 Suziki-scheduled | 75.00 | 0.00 | | 0.00 | FA |
| 19. Inventory-Terra Enterprises-scheduled | 75.00 | 0.00 | | 0.00 | FA |
| 20. Yard tools-scheduled | 750.00 | 0.00 | | 0.00 | FA |
| 21. 128 Stone Gate,Oswego-scheduled | 450,000.00 | 0.00 | | 0.00 | FA |

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

Ver: 17.04c

FORM 1

Page:   2

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| Case No: | 10-28621   BL   Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | PLAYER, JOHN SCOT | Date Filed (f) or Converted (c): | 06/27/10 (f) |
| | PLAYER, MARY LYNN | 341(a) Meeting Date: | 08/09/10 |
| | | Claims Bar Date: | 11/01/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 22. 503 W. Fourth,Aurora-scheduled | 90,000.00 | 0.00 | | 0.00 | FA |
| 23. 2322 Nugent,Urbana-scheduled | 205,000.00 | 0.00 | | 0.00 | FA |
| 24. Legacy Dunes, Unit 7-101, Kissimmee, Fla-schedu | 50,000.00 | 0.00 | | 0.00 | FA |
| 25. Legacy Dunes-Unit 7-105,Kissimmee, Fla-scheduled | 50,000.00 | 0.00 | | 0.00 | FA |
| 26. Legacy Dunes,Unit1 12-104,Kissimmee,Fla-scheduled | 50,000.00 | 0.00 | | 0.00 | FA |
| 27. Lgithhouse Key, Unit 2-303,Kissimmee,Fla-schedu | 125,000.00 | 0.00 | | 0.00 | FA |
| 28. Lot 12 Stone Gate, Oswgo-scheduled | 10,000.00 | 10,000.00 | | 10,000.00 | FA |
| 29. Lot 11 Stone Gate, Oswego-scheduled | 10,000.00 | 10,000.00 | | 10,000.00 | FA |
| 30. Lot 9  Stone Gate, Oswego-scheduled | 10,000.00 | 10,000.00 | | 10,000.00 | FA |
| 31. Lot 8 Stone Gate, Oswego-scheduled | 10,000.00 | 10,000.00 | | 10,000.00 | FA |
| 32. Preference payment to parents-unscheduled (u) | 0.00 | 22,000.00 | | 22,000.00 | FA |
| 33. Tax refund-unscheduled (u) | 0.00 | 35,933.00 | | 35,933.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 32.34 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $1,237,047.00 | $117,433.00 | | $133,465.34 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee filed a Motion to compromise his interest in 2 automobiles, which was granted. The Trustee filed a Motion to

compromise his interest in certain vacant lots which was granted. The Trustee filed tax returns. The Trustee

compromised his 1/15 interest in certain vacant land, which was approved. The Trustee filed tax returns.

The case is open since one creditor returned its check and the tTustee had to make a second distribution. One check has

not cleared.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-28621     BL     Judge: Bruce W. Black | Trustee Name:     MICHAEL G. BERLAND |
| Case Name: | PLAYER, JOHN SCOT | Date Filed (f) or Converted (c):     06/27/10 (f) |
| | PLAYER, MARY LYNN | 341(a) Meeting Date:     08/09/10 |
| | | Claims Bar Date:     11/01/10 |

Initial Projected Date of Final Report (TFR): 12/31/14     Current Projected Date of Final Report (TFR): 12/31/14

Ver: 17.04c

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   1

Exhibit 9

| | |
|---|---|
| Case No: | 10-28621  -BL |
| Case Name: | PLAYER, JOHN SCOT |
| | PLAYER, MARY LYNN |
| Taxpayer ID No: | *******7386 |
| For Period Ending: | 04/09/14 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******5665  Money Market Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/30/10 | | John & Janet Player | Settlement proceeds for compromise of interest in 2 vehicles per court order | | 16,000.00 | | 16,000.00 |
| | | | DEPOSIT CHECK #663 | | | | |
| | 1 | | Memo Amount:          8,000.00 | 1129-000 | | | |
| | | | Settlement proceeds from compromise | | | | |
| | | | Settlement proceeds from compromise of interest in 2 vehicles | | | | |
| | 2 | | Memo Amount:          8,000.00 | 1129-000 | | | |
| | | | Settlement proceeds from compromise | | | | |
| | | | Settlement proceeds from compromise of interest n 2 vehicles | | | | |
| 08/31/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.92 | | 16,000.92 |
| 09/13/10 | 32 | John & Janet Player | Payment in full  for amount of preference | 1241-000 | 22,000.00 | | 38,000.92 |
| | | | DEPOSIT CHECK #664 | | | | |
| 09/20/10 | 33 | John & Mary Player | Tax refund | 1224-000 | 35,933.00 | | 73,933.92 |
| | | | DEPOSIT CHECK #7615 | | | | |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 0.72 | | 73,934.64 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.87 | | 73,936.51 |
| 11/29/10 | | Joseph Voiland Trust Accoount | Payment for 5 vacant lots and personal property per court order | | 52,000.00 | | 125,936.51 |
| | | | DEPOSIT CHECK #7733 | | | | |
| | 3 | | Memo Amount:          10,000.00 | 1110-000 | | | |
| | | | Payment received for 5 vacant lots | | | | |
| | 28 | | Memo Amount:          10,000.00 | 1110-000 | | | |
| | | | Payment received for vacant lots | | | | |
| | 29 | | Memo Amount:          10,000.00 | 1110-000 | | | |
| | | | Payment of $50,000 received for 5 v | | | | |
| | | | Payment of $50,000 received for 5 vacant lots | | | | |

Page Subtotals                    125,936.51              0.00

Ver: 17.04c

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

**FORM 2** Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD** Exhibit 9

| | |
|---|---|
| Case No: | 10-28621  -BL |
| Case Name: | PLAYER, JOHN SCOT |
| | PLAYER, MARY LYNN |
| Taxpayer ID No: | *******7386 |
| For Period Ending: | 04/09/14 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******5665  Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 30 | | Memo Amount:          10,000.00 | 1110-000 | | | |
| | | | Payment of $50,000 recieved for 5 v | | | | |
| | | | Payment of $50,000 recieved for 5 vacant lots | | | | |
| | 31 | | Memo Amount:          10,000.00 | 1110-000 | | | |
| | | | Payment of $50000 received for 5 | | | | |
| | | | Payment of $50000 received for 5 vacant lots | | | | |
| | 13 | | Memo Amount:           2,000.00 | 1129-000 | | | |
| | | | Payment of $2000 for trailer owned | | | | |
| | | | Payment of $2000 for trailer owned by corpoation | | | | |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.86 | | 125,938.37 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 3.20 | | 125,941.57 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 3.20 | | 125,944.77 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 2.89 | | 125,947.66 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 3.20 | | 125,950.86 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 3.10 | | 125,953.96 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 3.20 | | 125,957.16 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 1.03 | | 125,958.19 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 1.06 | | 125,959.25 |
| 08/18/11 | 001001 | Gloria Longest | Payment for preparation of tax | 3410-000 | | 500.00 | 125,459.25 |
| | | | returns per court order | | | | |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 1.06 | | 125,460.31 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 293.09 | 125,167.22 |
| 09/07/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -250.12 | 125,417.34 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 1.03 | | 125,418.37 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 257.59 | 125,160.78 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 1.06 | | 125,161.84 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 248.61 | 124,913.23 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 1.02 | | 124,914.25 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 273.81 | 124,640.44 |

Page Subtotals        26.91        1,322.98

Ver: 17.04c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2                                                                                                    Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                        Exhibit 9

| | |
|---|---|
| Case No: | 10-28621  -BL |
| Case Name: | PLAYER, JOHN SCOT |
| | PLAYER, MARY LYNN |
| Taxpayer ID No: | *******7386 |
| For Period Ending: | 04/09/14 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******5665  Money Market Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/29/11 | 4 | American Chartered Bank | Payment of partial settlement of $7500 per court order DEPOSIT CHECK #278717 | 1110-000 | 3,750.00 | | 128,390.44 |
| 12/29/11 | 4 | Bank Of America | Payment of partial settlement of $7500 per court order DEPOSIT CHECK #8235378 | 1110-000 | 3,750.00 | | 132,140.44 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 1.06 | | 132,141.50 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 256.11 | 131,885.39 |
| 01/03/12 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -256.11 | 132,141.50 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.86 | | 132,142.36 |
| 01/25/12 | | Transfer to Acct #*******4752 | Bank Funds Transfer | 9999-000 | | 132,142.36 | 0.00 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 68,000.00 | COLUMN TOTALS | 133,465.34 | 133,465.34 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 132,142.36 | |
| | | Subtotal | 133,465.34 | 1,322.98 | |
| Memo Allocation Net: | 68,000.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 133,465.34 | 1,322.98 | |

Page Subtotals                    7,501.92              132,142.36

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    4

Exhibit 9

| Case No: | 10-28621  -BL | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | PLAYER, JOHN SCOT | Bank Name: | The Bank of New York Mellon |
| | PLAYER, MARY LYNN | Account Number / CD #: | *******5666  Checking Account |
| Taxpayer ID No: | *******7386 | | |
| For Period Ending: | 04/09/14 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 0.00 | 0.00 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 0.00 | |

Page Subtotals                0.00                0.00

Ver: 17.04c

Page: 5

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 10-28621 -BL | | | Trustee Name: | MICHAEL G. BERLAND | |

Case Name: PLAYER, JOHN SCOT
PLAYER, MARY LYNN

Taxpayer ID No: *******7386
For Period Ending: 04/09/14

Bank Name: Congressional Bank
Account Number / CD #: *******4752 Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******5665 | Bank Funds Transfer | 9999-000 | 132,142.36 | | 132,142.36 |
| 03/18/13 | 001001 | MICHAEL G. BERLAND 1 NORTH LASALLE STREET STE 1775 CHICAGO, IL 60602 | Chapter 7 Expenses | 2200-000 | | 211.20 | 131,931.16 |
| 03/18/13 | 001002 | MICHAEL G. BERLAND 1 NORTH LASALLE STREET STE 1775 CHICAGO, IL 60602 | Chapter 7 Compensation/Fees | 2100-000 | | 9,923.27 | 122,007.89 |
| * 03/18/13 | 001003 | Champaign County Collector Bill #2426 2009 Real Estate Tax,P.O. Box 9 Urbana, IL 61803-0009 | Claim 9, Payment 100.00000% | 5800-003 | | 7,766.83 | 114,241.06 |
| 03/18/13 | 001004 | Harris N.A. Much Shelist Denenberg Ament & Rubenstei Attn: Martin J Wasserman,191 N Wacker Dr Chicago, IL 60606 | Claim 3U, Payment 26.06756% | 7100-000 | | 8,217.36 | 106,023.70 |
| 03/18/13 | 001005 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 5, Payment 26.06754% | 7100-000 | | 4,363.80 | 101,659.90 |
| 03/18/13 | 001006 | John M. Player and Mary K. Player 14 Oakwood Drive Oswego, IL 60543 | Claim 6, Payment 26.06759% | 7100-000 | | 5,734.87 | 95,925.03 |
| 03/18/13 | 001007 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 7, Payment 26.06752% | 7100-000 | | 1,536.31 | 94,388.72 |
| 03/18/13 | 001008 | Compass Bank (Real Estate/Other) POB 201347 Arlington, TX 76006 | Claim 8, Payment 26.06757% | 7100-000 | | 94,388.72 | 0.00 |

Page Subtotals 132,142.36 132,142.36

Ver: 17.04c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*

FORM 2                                    Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-28621 -BL | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | PLAYER, JOHN SCOT | Bank Name: | Congressional Bank |
| | PLAYER, MARY LYNN | Account Number / CD #: | *******4752 Checking Account |
| Taxpayer ID No: | *******7386 | | |
| For Period Ending: | 04/09/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|---|
| * | 05/10/13 | 001003 | Champaign County Collector<br>Bill #2426<br>2009 Real Estate Tax,P.O. Box 9<br>Urbana, IL 61803-0009 | Claim 9, Payment 100.00000%<br>creditor returned check and siad it had been fuly piad<br>even though they did not withdraw their claim. | 5800-003 | | -7,766.83 | 7,766.83 |
| * | 07/17/13 | 001009 | Harris N.A.<br>Much Shelist Denenberg Ament & Rubenstei<br>Attn: Martin J Wasserman,191 N Wacker Dr<br>Chicago, IL 60606 | Claim 3U, Payment 1.77224% | 7100-003 | | 558.67 | 7,208.16 |
| | 07/17/13 | 001010 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 5, Payment 1.77230% | 7100-000 | | 296.69 | 6,911.47 |
| | 07/17/13 | 001011 | John M. Player and Mary K. Player<br>14 Oakwood Drive<br>Oswego, IL 60543 | Claim 6, Payment 1.77223% | 7100-000 | | 389.89 | 6,521.58 |
| | 07/17/13 | 001012 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 7, Payment 1.77227% | 7100-000 | | 104.45 | 6,417.13 |
| * | 07/17/13 | 001013 | Compass Bank (Real Estate/Other)<br>POB 201347<br>Arlington, TX 76006 | Claim 8, Payment 1.77223% | 7100-003 | | 6,417.13 | 0.00 |
| * | 12/03/13 | 001009 | Harris N.A.<br>Much Shelist Denenberg Ament & Rubenstei<br>Attn: Martin J Wasserman,191 N Wacker Dr<br>Chicago, IL 60606 | Claim 3U, Payment 1.77224%<br>Check was not cashed within 90 days | 7100-003 | | -558.67 | 558.67 |
| * | 12/03/13 | 001013 | Compass Bank (Real Estate/Other)<br>POB 201347<br>Arlington, TX 76006 | Claim 8, Payment 1.77223% | 7100-003 | | -6,417.13 | 6,975.80 |
| | 12/03/13 | 001014 | United States Bankruptcy Court<br>I219 South Dearborn<br>Chicago, Ilinois | Claim 3U, Payment 1.77224% | 7100-001 | | 558.67 | 6,417.13 |

| | | Page Subtotals | 0.00 | -6,417.13 |
|---|---|---|---|---|

Ver: 17.04c

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   7

Exhibit 9

Case No:  10-28621  -BL
Case Name:  PLAYER, JOHN SCOT
PLAYER, MARY LYNN
Taxpayer ID No:  *******7386
For Period Ending:  04/09/14

Trustee Name:  MICHAEL G. BERLAND
Bank Name:  Congressional Bank
Account Number / CD #:  *******4752  Checking Account

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 12/03/13 | 001015 | United States Bankruptcy Court I219 South Dearborn Street Chicago, Illinois | Claim 8, Payment 1.77223% | 7100-001 | | 6,417.13 | 0.00 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 132,142.36 | 132,142.36 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 132,142.36 | 0.00 | |
| Memo Allocation Net: | 0.00 | Subtotal | 0.00 | 132,142.36 | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 132,142.36 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 68,000.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 0.00 | Money Market Account - ********5665 | 133,465.34 | 1,322.98 | 0.00 |
| | | Checking Account - ********5666 | 0.00 | 0.00 | 0.00 |
| Total Memo Allocation Net: | 68,000.00 | Checking Account - ********4752 | 0.00 | 132,142.36 | 0.00 |
| | | | 133,465.34 | 133,465.34 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   6,417.13

Ver: 17.04c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 19)*